1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
5     150 Almaden Blvd., Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5044
6     FAX: (408) 535-5081
      James.Scharf@usdoj.gov
7
8  Attorneys for Federal Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  HOWARD THOMAS AND SHIRLEY      )   Case No. C 10-00001 JF
    THOMAS,                        )
                                   )   **E-FILING CASE**
14       Plaintiffs,               )
                                   )   STIPULATION AND [PROPOSED]
15       v.                        )   ORDER TO TRANSFER CASE TO
                                   )   SOUTHERN DISTRICT OF CALIFORNIA
16  UNITED STATES OF AMERICA, et al, )
                                   )
17       Defendants.               )
                                   )
18  _____

19     Whereas, this action arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. Sections

20  2671, et seq.

21     Whereas, actions under the FTCA may be prosecuted either where the plaintiff resides or

22  where the act or omission occurred.  28 U.S.C. Section 1402(b); see *Del Raso v. United States*,

23  244 F.3d 567, 570 fn.1 (7th Cir. 2001).

24     Whereas, plaintiffs reside in the Southern District of California.

25     Whereas, the acts and omissions alleged in the Complaint occurred at the United States

26  Penitentiary in Atwater, California, which is located in the Eastern District of California.

27     Whereas, venue lies in either the Southern District of California or the Eastern District of

28  California and not in the Northern District of California, where this case is currently pending.

STIPULATION AND PROPOSED ORDER TO TRANSFER
Case No. C 10-00001 JF                         -1-

Whereas, defendant USA appears specially for the sole and limited purpose of objecting to venue and entering into this stipulation.

Therefore, the parties stipulate, through counsel, that this action be transferred to the United States District Court for the Southern District of California.

Respectfully submitted,

DATED: March 8, 2010   JOSEPH P. RUSSONIELLO
United States Attorney

By:_____/S/_____

JAMES A. SCHARF
Assistant United States Attorney

DATED: March 8, 2010   MILLER & JAMES, LLP

By:_____/S/_____

Patricia I. James, Attorneys for Plaintiffs

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered that this action be transferred to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

DATED: March 10, 2010   _____
Hon. Jeremy Fogel D. Fogel
United States District Court Judge
Northern District of California

STIPULATION AND PROPOSED ORDER TO TRANSFER
Case No. C 10-00001 JF                -2-